# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   TYRONE K TRAYLOR  §  Case No.: 09-30612
        EMMA J TRAYLOR  §
        §
        §
        Debtor(s)   §

-----------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/20/2009.

2) This case was confirmed on 12/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/15/2010.

5) The case was dismissed on 09/01/2010.

6) Number of months from filing to the last payment: 9

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   32,200.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 5,205.50 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 5,205.50 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,296.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 369.58 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,665.58 |
| Attorney fees paid and disclosed by debtor | $ 204.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PEOPLES GAS LIGHT & | UNSECURED | 1,706.00 | 2,247.84 | 2,247.84 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 78,500.00 | 48,483.18 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | NA | 7,186.54 | 7,486.54 | 928.37 | .00 |
| WELLS FARGO HOME MOR | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 4,800.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 163.24 | 3,516.38 | 3,516.38 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 248.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 79.00 | 76.71 | 76.71 | .00 | .00 |
| ACCOUNT RECOVERY SER | UNSECURED | 75.00 | 29.73 | 29.73 | .00 | .00 |
| AT&T MOBILITY | UNSECURED | 1,274.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | 783.00 | 671.14 | 671.14 | .00 | .00 |
| CHA EMPLOYEES FED CR | OTHER | .00 | NA | NA | .00 | .00 |
| CHARLES F CURRY COMP | OTHER | .00 | NA | NA | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | 6,223.00 | 6,223.28 | 6,223.28 | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 222.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHICAGO CENTRAL EMER | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 477.00 | 477.58 | 477.58 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 655.00 | 655.00 | 655.00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 839.00 | 733.56 | 733.56 | .00 | .00 |
| HSBC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| JAMES L ORRINGTON | UNSECURED | 444.00 | NA | NA | .00 | .00 |
| PARAMONT CONTRUCTION | UNSECURED | 5,170.00 | 5,541.66 | 5,541.66 | .00 | .00 |
| PARAMONT CONSTRUCTIO | OTHER | .00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 517.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGICAL PHY | UNSECURED | 301.00 | NA | NA | .00 | .00 |
| RADIOLOGICAL PHY | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| GUARENTEELOAN | UNSECURED | 1,023.00 | NA | NA | .00 | .00 |
| ROBERT MORRIS COLLEG | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 67,268.00 | 67,907.72 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 778.00 | 784.96 | 784.96 | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| STUDENT LOAN MKT ASS | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,331.00 | 1,337.52 | 1,337.52 | .00 | .00 |
| VERIZON WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| WACHOVIA BANK | OTHER | .00 | NA | NA | .00 | .00 |
| WACHOVIA/ACS | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL HO | OTHER | .00 | NA | NA | .00 | .00 |
| ANTHONY T TRAYLOR GR | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 7,997.16 | 7,997.16 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,200.00 | 2,551.94 | 2,551.94 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 397.00 | 397.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 900.01 | 900.01 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | NA | 337.00 | 337.00 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | NA | 225.00 | 225.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,083.00 | 2,258.53 | 2,258.53 | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| CARDWORKS | UNSECURED | NA | 2,308.52 | 2,308.52 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,300.00 | 1,949.31 | 1,949.31 | .00 | .00 |
| ARCADIA FINANCIAL | UNSECURED | 1,692.60 | NA | NA | .00 | .00 |
| ARONSON FURNITURE CO | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 808.00 | NA | NA | .00 | .00 |
| COMCAST CABLE | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD TAX MASTER | OTHER | .00 | NA | NA | .00 | .00 |
| PARAMOUNT CONSTRUCTI | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE | UNSECURED | 240.64 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,706.00 | NA | NA | .00 | .00 |
| PROVIDIAN | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | SECURED | NA | .00 | 1,846.00 | 461.52 | .00 |
| CITY OF CHICAGO DEPT | SECURED | NA | .00 | 400.00 | 150.03 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 623.36 | 623.36 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 292.62 | 292.62 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 1,572.81 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 7,486.54 | 928.37 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 2,246.00 | 611.55 | .00 |
| **TOTAL SECURED:** | 9,732.54 | 1,539.92 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,516.38 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,516.38 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,619.43 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,665.58 |
| Disbursements to Creditors | $ | 1,539.92 |
| **TOTAL DISBURSEMENTS:** | $ | 5,205.50 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/15/2010              /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**